# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL J. MACK, | CASE NO. 14cv2050-WQH-JMA |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the Motion to Proceed in Forma Pauperis ("Motion to Proceed IFP") filed by Plaintiff Earl J. Mack. (ECF No. 3).

On August 29, 2014, Plaintiff initiated this action by filing the Complaint (ECF No. 1) and the Motion to Proceed IFP. (ECF No. 3).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); S.D. Cal. Civ. L.R. 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

In his application to proceed in forma pauperis, Plaintiff asserts that he does not receive gross pay or wages and that he last worked in April of 1984 and October of

1987. (ECF No.3 at 1). Plaintiff states that he receives $943.65 per month, none of which is held in cash, a checking account, or a savings account. *Id*. at 3. Plaintiff states that he does own jewelry, but does not disclose the value of such jewelry. *Id*. Plaintiff has regular monthly expenses consisting of $800 per month for rent. *Id*. Plaintiff further states that he has debts and financial obligations in the form of a loan for check cashing and an $800 cigarette ticket. *Id*. Plaintiff has no dependents. *Id*. After considering Plaintiff's motion and application, the Court determines that Plaintiff cannot afford to pay the filing fee in this case and is eligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed in Forma Pauperis is GRANTED. (ECF No. 3). The Clerk of Court is directed to issue a summons and provide Plaintiff with the summons, certified copies of both this Order and the Complaint, and a blank U.S. Marshal Form 285. Plaintiff shall complete the U.S. Marshal Form 285, and forward the Form 285 and the designated copies of this Order and the Complaint to the U.S. Marshal. The U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant as directed by Plaintiff on the U.S. Marshall Form 285.

IT IS FURTHER ORDERED that all matters arising in this social security case are referred to the Honorable Jan M. Adler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

DATED: September 4, 2014

**WILLIAM Q. HAYES**
United States District Judge